UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| VERNON L. DULL, | ) | CASE NO. 10-12969 |
| GLORIA JEAN DULL, | ) | Chapter 7 |
| DEBTOR(S). | ) | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011.  The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed.  Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| American Infosource LP as Agent for World Financial Network Bank as  Lane Bryant (Spirit of America) | P.O. Box 248872 Oklahoma City, OK 73124-8872 | $0.56 |
| American Infosource LP as Agent for World Financial Network Bank as Catherines | P.O. Box 248872 Oklahoma City, OK 73124-8872 | $1.36 |
| American Infosource LP as Agent for World Financial Network Bank as Woman Within | P.O. Box 248872 Oklahoma City, OK 73124-8872 | $2.28 |
| American Infosource LP as Agent for World Financial Capital Bank Assingee/HSN | P.O. Box 248872 Oklahoma City, OK 73124-8872 | $4.15 |
| American Infosource LP as Agent for World Financial Capital Bank Assingee/HSN Mastercard | P.O. Box 248872 Oklahoma City, OK 73124-8872 | $2.35 |
| Chase Bank USA, N.A. | P.O. Box 15145 Wilmington, DE 19850-5145 | $2.46 |

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Centennial Wireless | Attn: Recovery C2<br>3811 Illinois Rd., Suite #100<br>Fort Wayne, IN 46804 | $4.32 |
| Capital One (USA), N.A. by American Infosource LP as Agent | P.O. Box 248839<br>Oklahoma City, OK 73124-8839 | $1.34 |
| Capital One Bank (USA), N.A. by American Infosource LP as Agent | P.O. Box 248839<br>Oklahoma City, OK 73124-8839 | $2.85 |
| Capital One Bank (USA), N.A. by American Infosource, LP as Agent | P.O. Box 248839<br>Oklahoma City, OK 73124-8839 | $1.69 |
| Capital One Bank (USA), N.A. by American Infosource LP as Agent | P.O. Box 248839<br>Oklahoma City, OK 73124-8839 | $2.58 |
| Capital One bank (USA), N.A. by American Infosource LP as Agent | P.O. Box 248839<br>Oklahoma City, OK 73124-8839 | $1.15 |
| | Total | $27.09 |

**WHEREFORE**, Trustee is depositing the total sum of $27.09 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: November 3, 2011**

        **Respectfully submitted,**
        **CHAPTER 7 TRUSTEE**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL: mseifert@hallercolvin.com**

        **BY: /s/ Martin E. Seifert**
            **MARTIN E. SEIFERT**
            **I.D. #16857-02**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 3rd  day of November, 2011, to:

>Robert O. Beymer, Esq.
>123 North Meridian St.
>Portland, IN 47371
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>American Infosource LP as Agent for World Financial
> Network Bank as Lane Bryant (Spirit of America)
>P.O. Box 248872
>Oklahoma City, OK 73124-8872
>
>American Infosource LP as Agent for World Financial
> Network Bank as Catherines
>P.O. Box 248872
>Oklahoma City, OK 73124-8872
>
>American Infosource LP as Agent for World Financial
> Network Bank as Woman Within
>P.O. Box 248872
>Oklahoma City, OK 73124-8872
>
>American Infosource LP as Agent for World Financial
> Capital Bank Assignee/HSN
>P.O. Box 248872
>Oklahoma City, OK 73124-8872
>
>American Infosource LP as Agent for World Financial
> Capital Bank Assignee/HSN Mastercard
>P.O. Box 248872
>Oklahoma City, OK 73124-8872
>
>Chase Bank USA, N.A.
>P.O. Box 15145
>Wilmington, DE 19850-5145
>
>Centennial Wireless
>Attn: Recovery C2

      3811 Illinois Rd., Suite #100
      Fort Wayne, IN 46804

      Capital One (USA), N.A. by American
       Inforsource LP as Agent
      P.O. Box 248839
      Oklahoma City, OK 73124-8839

      /s/ Martin E. Seifert
      **MARTIN E. SEIFERT**